# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2326
L.T. Case No. 16-2010-CF-9701-A

_____

WILLARD G. BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval Count.
Mark Jeffrey Borello, Judge.

Willard G. Brown, Sneads, pro se.

James Uthmeier, Attorney General, and Michael Layton Schaub,
Assistant Attorney General, Tallahassee, for Appellee.

January 6, 2025

PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____